## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

CHERIE GIBBS                          )
                                      )
v.                                    )          CV 214-78
                                      )
EXPRESS SCRIPTS, INC.                 )

## O R D E R

The parties in the above captioned case have filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). This Stipulation is hereby GRANTED and all claims in this action are hereby dismissed with prejudice. The Clerk is ordered to close this case.

SO ORDERED this ____ day of April, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA